**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| D.D., | : | |
| Petitioner, | : | |
| v. | : | CASE NO.: 7:26-CV-211 (LAG) |
| Warden, IRWIN COUNTY DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241. (Doc. 1). On August 4, 2026, the Court ordered Respondents to provide petitioner with a bond hearing to determine if Petitioner may be released on bond under 8 U.S.C. § 1226(a)(2) and the applicable regulations. (Doc. 3). In that same order, Petitioner was directed: "[o]nce a bond hearing is provided, Petitioner will have received the remedy that the Court is authorized to order, and Petitioner should file a notice of dismissal." (*Id.*) When Petitioner failed to respond to the Court's order, the Court then ordered Petitioner to "either file a notice of dismissal or respond and show cause within seven (7) days why this action should not be dismissed as moot and judgment entered." (Doc. 7). Petitioner again failed to respond to the Court's order. (*See* Docket).

Given a lack of response from Petitioner, the Court presumes Petitioner received a bond hearing as ordered by the Court, rendering this Petition moot. Therefore, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 9th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**